UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                               Case No: 1:11-cr-177

v                                             HON. JANET T. NEFF

TYJUAN DION WALLACE,

       Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed January 3, 2012 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. At a hearing held on January 3, 2012, and after review of the Report and Recommendation, the parties stated on the record that they waived the fourteen-day objection period and had no objections to the Report and Recommendation.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (Dkt 58) is APPROVED and ADOPTED as the opinion of the Court.

2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charge set forth in the Superseding Information.

3. The written plea agreement is hereby continued under advisement pending sentencing.


Dated: January 4, 2012                        /s/ Janet T. Neff
                                                   JANET T. NEFF
                                                   UNITED STATES DISTRICT JUDGE